WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
Mark S. Blackman, Esq.
Nevada Bar No. 13664
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
mblackman@wrightlegal.net
*Attorneys for Defendant, Seterus, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE MOORE, | Case No.: 2:19-cv-00907-RFB-VCF |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC, PLUSFOUR, INC., AND SETERUS, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, Denise Moore ("Plaintiff"), and Defendant, Seterus, Inc. ("Seterus") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 29, 2019, Plaintiff filed her Complaint [ECF No. 1]. Seterus was served with Plaintiff's Complaint on July 2, 2019. As such, Seterus' deadline to respond to the Complaint was July 23, 2019. The Parties have discussed extending the deadline for Seterus to respond to Plaintiff's Complaint by three weeks from the original deadline while the Parties explore the potential for settlement.

Seterus' counsel was just retained for this matter on July 25, 2019, and is therefore respectfully requesting that the Court grant this Stipulation even though the deadline to respond to the Complaint has passed.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Seterus to

file its responsive pleading to Plaintiff's Complaint to August 13, 2019.

This is the first stipulation for extension of time for Seterus to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

As part of this stipulation, Seterus agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

| DATED this 26th day of July, 2019. | DATED this 26th day of July, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | KNEPPER & CLARK LLC |
| */s/ Ramir M. Hernandez, Esq.* | */s/ Shaina R. Plaksin, Esq.* |
| R. Samuel Ehlers, Esq. | Matthew I. Knepper, Esq. |
| Nevada Bar No. 9313 | Nevada Bar No. 12796 |
| Ramir M. Hernandez, Esq. | Miles N. Clark, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 13848 |
| Mark S. Blackman, Esq. | Shaina R. Plaksin, Esq. |
| Nevada Bar No. 13664 | Nevada Bar No. 13935 |
| 7785 W. Sahara Ave., Suite 200 | 10040 W. Cheyenne Ave., Suite 170-109 |
| Las Vegas, NV 89117 | Las Vegas, NV 89129 |
| *Attorneys for Defendant, Seterus, Inc.* | *Attorneys for Plaintiff, Denise Moore* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-29-2019