WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
Mark S. Blackman, Esq.
Nevada Bar No. 13664
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
mblackman@wrightlegal.net
*Attorneys for Defendant, Seterus, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, PLUSFOUR, INC., AND SETERUS,<br><br>Defendants. | Case No.: 2:19-cv-00907-RFB-VCF<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff, Denise Moore ("Plaintiff"), and Defendant, Seterus, Inc. ("Seterus") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 29, 2019, Plaintiff filed her Complaint [ECF No. 1]. Seterus was served with Plaintiff's Complaint on July 2, 2019. As such, Seterus' deadline to respond to the Complaint was July 23, 2019. The parties previously agreed to extend the time for Seterus to respond to the Complaint to August 13, 2019. The Parties have discussed extending the deadline for Seterus to respond to Plaintiff's Complaint by an additional three weeks from the stipulated deadline while the Parties continue to explore the potential for settlement.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Seterus to file its responsive pleading to Plaintiff's Complaint to September 3, 2019.

This is the second stipulation for extension of time for Seterus to file its responsive

pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 13th day of August, 2019.
WRIGHT, FINLAY & ZAK, LLP
/s/ Ramir M. Hernandez

R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
Mark S. Blackman, Esq.
Nevada Bar No. 13664
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Seterus, Inc.*

DATED this 13th day of August, 2019.
KNEPPER & CLARK LLC
/s/ Shaina R. Plaksin

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorneys for Plaintiff, Denise Moore*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8-14-2019